UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

ARTHUR D'AMARIO III

v. C.A. No. 99-197ML

STEPHANIE S. BROWNE, et al.

MOTION FOR LEAVE TO AMEND

Pursuant to Rule 60(b)(6) and Rule 15(c)(2), Plaintiff moves for leave to amend his complaint in the form provided herein.

Plaintiff asserts that since the 1999 dismissal of his original complaint, (i) he has pursued and exhausted various statutory remedies offered by public records laws, to no avail; and (ii) the emerging trend among appellate courts today is to allow causes of action by prisoners under 42 USC 1983 to gain access to forensic evidence held by police that may give rise to successful habeas corpus petitions based on DNA test results. Such new case decisions include:

- Savory v. Lyons, 469 F.3d 667, 672 (7th Cir. 2006);
- Godschalk v. Montgomery Co. DA's Office, 177 F.Supp.2d 366, 370 (E.D.Pa. 2001);
- Dabbs v. Vergari, 149 Misc.2d 844, 570 N.Y.S.2d 765, 767-69 (N.Y.Sup.Ct. 1990);
- Bradley v. Pryor, 305 F.3d 1287 (11th Cir. 2002);
- Osborne v. DA's Office, 423 F.3d 1050 (9th Cir. 2005).

Therefore, Plaintiff asks that his motion be granted and that the court appoint to him attorney Charles Tamuleviz.

Plaintiff, pro se,

2-21-07

Arthur D'Amario III